**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06-2056-MWB |
| Plaintiff, | |
| vs. | **ORDER REGARDING MAGISTRATE'S REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S GUILTY PLEA** |
| CHRISTOPHER BAUER, | |
| Defendant. | |

_____

## I.  INTRODUCTION AND BACKGROUND

On December 6, 2006, an indictment was returned against defendant Christopher Bauer, charging him with possession of firearms and ammunition by a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  On February 16, 2007, defendant appeared before Chief United States Magistrate Judge John A. Jarvey and entered a plea of guilty to Count of 1 of the indictment.  On this same date, Judge Jarvey filed a Report and Recommendation in which he recommends that defendant's guilty plea be accepted.  No objections to Judge Jarvey's Report and Recommendation were filed. The court, therefore, undertakes the necessary review of Judge Jarvey's recommendation to accept defendant's plea in this case.

## II.  ANALYSIS

Pursuant to statute, this court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or

> recommendations to which objection is made. A judge of the
> court may accept, reject, or modify, in whole or in part, the
> findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de
> novo determination upon the record, or after additional
> evidence, of any portion of the magistrate judge's disposition
> to which specific written objection has been made in
> accordance with this rule. The district judge may accept,
> reject, or modify the recommended decision, receive further
> evidence, or recommit the matter to the magistrate judge with
> instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the court upon review of Judge Jarvey's findings and conclusions, that there is no ground to reject or modify them. Therefore, the court **accepts** Judge Jarvey's Report and Recommendation of February 16, 2007, and accepts defendant's plea of guilty in this case to Count 1 of the indictment.

**IT IS SO ORDERED.**

**DATED** this 16th day of February, 2007.

_Mark W. Bennett_
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

2